ATLANTIC SEABOARD COMPANY, PLAINTIFF-PETI-
TIONER, v. THE BOROUGH OF SEASIDE PARK, *ET AL.*,
DEFENDANTS-RESPONDENTS, v. ARLINGTON BEACH
COMPANY, DEFENDANT-PETITIONER.

On petitions for certification to Superior Court, Appellate
Division.

See same case below: 36 *N. J. Super.* 142.

*Mr. David Novack* and *Mr. W. Louis Bossle* for the plain-
tiff-petitioner.

*Mr. Carl Kisselman* for the defendant-petitioner.

November 21, 1955. ■■■■

THEODORE LUTZ, *ET AL.*, PLAINTIFFS-RESPONDENTS, v.
BOARD OF HEALTH OF THE TOWNSHIP OF MOUNT
LAUREL, DEFENDANT-PETITIONER.

On petition for certification to Superior Court, Appellate
Division.

*Mr. Benjamin Marmer* for the petitioner.